| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 10/27/09 |
| BEVERLY FOREMAN, et al.,           : | |
| Plaintiffs,           : | 09 Civ. 2429 (LTS) (AJP) |
| -against-           : | **ORDER OF DISMISSAL ON CONSENT** |
| BREAN MURRAY CARRET & CO., LLC, et al.,   : | |
| Defendants.           : | |
| ------------------------------------ x | |

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on October 27, 2009, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
         October 27, 2009

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies **by fax & ECF** to:   William E. Nagel, Esq.
                              Jeffrey H. Daichman, Esq.
                              Steven B. Feigenbaum, Esq.
                              Judge Laura Taylor Swain

C:\ORD\Dismiss.AJP